# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KIMBRA JO SIMS**                                                                                           **PLAINTIFF**

**v.**                          **CASE NO. 3:13CV00119 BSM**

**TENNECO AUTOMOTIVE,** *et al.*                                                          **DEFENDANTS**

## ORDER

Pursuant to the notice of voluntary dismissal [Doc. No. 30] filed by plaintiff Kimbra Jo Sims under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the following defendants are dismissed without prejudice: Harold Diggs, Mike Brown, Richard Hartness, Matt Sims, Terry McBroon, Scott Arnold, Kelly Brumley, Donna Murphy, Beverly Cunningham, Shayla Blackford, and Barbara Hewlett.

IT IS SO ORDERED this 8th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE