# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KIMBRA JO SIMS**                                                                                          **PLAINTIFFS**

**v.**                            **CASE NO. 3:13CV00119 BSM**

**TENNECO AUTOMOTIVE OPERATING
COMPANY, INC.**                                                                                             **DEFENDANT**

## ORDER

Plaintiff Kimbra Jo Sims's motion to file her response under seal [Doc. No. 54] is granted.

IT IS SO ORDERED this 16th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE