IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KIMBRA JO SIMS**                                                                                **PLAINTIFF**

**v.**                        **CASE NO. 3:13CV00119 BSM**

**TENNECO AUTOMOTIVE OPERATING**
**COMPANY, INC.**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE